# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

Javier Torres-Espino
a/k/a "Danny Parades"

To: The United States Marshal
and any Authorized United States Officer

FILED
IN CLERKS OFFICE

2004 OCT -1  P 4:03

WARRANT FOR ARREST
Case Number: M.B. - 1069-JGD
DISTRICT OF MASS.

YOU ARE HEREBY COMMANDED to arrest __Javier Torres-Espino a/k/a "Danny Parades"__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ INDICTMENT  ☐ INFORMATION  ☒ COMPLAINT  ☐ ORDER OF COURT  ☐ VIOLATION OF NOTICE  ☐ PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH (brief description of offense)

**unlawfully, knowingly, and intentionally conspiring to distribute, and possess with intent to distribute, five kilograms or more of cocaine, a Schedule II controlled substance,**

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and 846__ .

JUDITH G. DEIN
Name of Issuing Officer

_/s/ Judith Gail Dein_
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Boston, MA    3/31/04
Date and Location

Bail fixed at $ _____    BY _____

| RETURN |
|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 3/31/04